IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| GP Global APAC Pte. Ltd. | * | |
| and | * | Civil Action No. 20-cv-174-CCB |
| GP Global ARA BV, | * | |
| Plaintiffs, | * | |
| | | IN ADMIRALTY |
| v. | * | |
| Dry Bulk Singapore Pte Ltd., et al., | * | |
| Defendant and Garnishee. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of Plaintiffs GP Global APAC Pte. Ltd. and GP Global ARA BV's Motion for Issuance of Letter Rogatory, and good cause appearing therefore, Plaintiffs' motion is **GRANTED**.

It is hereby **ORDERED** that Plaintiffs' motion is granted and the attached Letter Rogatory shall be issued to the Supreme Court of Singapore, and be returned to Plaintiffs' counsel, J. Stephen Simms, who will then proceed to bring the Letter Rogatory before the Supreme Court of Singapore.

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Catherine C. Blake
United States District Judge