UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

June 29, 2020

MEMORANDUM TO COUNSEL

    Re:    *GP Global APAC Pte. Ltd. et al v. Dry Bulk Singapore Pte Ltd.*
              Civil Action No. CCB-20-174

Dear counsel:

    Thank you for the status report filed on June 10, 2020. (ECF 13). The motions for order for issuance of process of maritime attachment and garnishment (ECF 4) and for service of process of maritime attachment and garnishment (ECF 5) are **denied as moot**.

    Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

    Sincerely yours,

    /S/

    Catherine C. Blake
    United States District Judge